479 A.2d 1108

Commonwealth v. Tarr, Appellant.
Petition for Allowance of Appeal
Denied Oct. 2, 1984.

Submitted February 27, 1984. Bruce Alan Barrett, Assistant Public Defender, for appellant; Donald E. Lewis, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgment of sentence affirmed.

479 A.2d 1108

Commonwealth v. Taylor, Appellant.
Petition for Allowance of Appeal
Denied Oct. 15, 1984.

Submitted March 23, 1984. Elmer Taylor, appellant, in propria persona; Joel M. Kaufman, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.